# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

**David E. Patton**
*Executive Director
and Attorney-in-Chief*

MEMO ENDORSED

Susanne Brody
*Attorney-in-Charge
White Plains*

April 15, 2020

BY ECF AND MAIL
The Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Michael Mondragon**
15 Cr. 00577(KMK)

Dear Judge Karas,

This letter is written to request an adjournment of Mr. Michael Mondragon's appearance before this Court. Mr. Mondragon was initially presented in Magistrate Court on February 28, 2020 on a violation of supervised release petition. The violation arose out of his arrest in Westchester County for an assault which resulted in death. Although he had been bailed in Westchester he has been detained since his federal arrest. I have spoken to his state attorney a number of times and have learned that his state appearance has been adjourned indefinitely due to the Corona pandemic. As a result of these state delays, and Mr. Mondragon's desire to litigate the state case, we respectfully request an adjournment until the end of June. The government has no objection to this request.

We thank the Court for your consideration of this request.

Respectfully submitted,

/s/
Susanne Brody

Cc: Jeffery Coffman, AUSA

Joseph Lombardo, USPO

Mr. Michael Mondragon

*Granted. The VOSR hearing is scheduled for 6/18/20 at 2:30*

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.

4/16/20