# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

**MEMO ENDORSED**

Susanne Brody
*Attorney-in-Charge
White Plains*

September 16, 2020

BY ECF
The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quaroppas Street
White Plains, New York 10601

**Re: United States v. Mike Mondragon**
**15 Cr. 00577(KMK)**

Dear Judge Karas,

This letter is written on behalf of Mr. Mondragon who has informed me that he no longer wishes to have the violation of supervised release hearing currently scheduled for Monday, September 21, 2020 at 10:00 a.m. He is prepared to allocute to his involvement in a barroom fight as described in the violation filings. He is further prepared to proceed to sentencing afterward. Both the government and probation have been notified of this development, however there is no agreement on exactly how to proceed nor is there a joint sentencing recommendation. The violation charges him with having committed the state crime of assault. The state has dismissed these charges.
Mr. Mondragon is concerned that an admission to having committed the state crime will allow the state to refile the charges. Therefore, with the Court's permission, he is prepared to allocute to the conduct instead of having a hearing and respectfully ask the Court to find that he has in fact violated the terms of his supervised release. We thank the Court for Your kind consideration of this matter.

Respectfully submitted,
/s/
Susanne Brody

cc: Jeffery C. Coffman, AUSA
    Joseph Lombardo, USPO

*The proceeding is adjourned to 10/1/20 at 3:00pm.*

*So Ordered*

*KMK*
*9/22/20*