UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Cases

17cr66
15cr577

NOTICE OF TELECONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

For the week of March 1, 2021, the Court will hold all criminal proceedings by telephone. To access the teleconference, please use the following information:

<u>Meeting Dial-In Number</u> (USA toll-free): (888) 363-4749   <u>Access Code</u>: 7702195

Please enter the conference as a guest by pressing the pound sign (#).

Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:  February 26, 2021
        White Plains, New York

_____
KENNETH M. KARAS
United States District Judge